**104** BROWN ET AL. vs. CIRCUIT JUDGE (Saginaw), No. 12294.

To quash attachment under log lien law.

The proceedings were instituted by claimant for himself and

as assignee of several others, but in the statement of lien and affidavit for attachment the amounts due assignee and his assignors severally were not stated, and only the aggregate amount was given.

Granted October 29, 1891, with costs.